IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS ALONZO VILLATORO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TAMMY L. FERGUSON, et al. | : | NO. 15-6119 |

O R D E R

AND NOW, this 23rd day of May 2016, upon careful and independent consideration of Petitioner Luis Alonzo Villatoro's Petition for a Writ of Habeas Corpus (Doc. No. 1), Respondent's Response in Opposition (Doc. No. 9), the Report and Recommendation of United States Magistrate Judge Thomas J. Reuter (Doc. No. 10),[1] and the state court record (Doc. No. 11), it is hereby ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED.

3. No certificate of appealability shall issue since Petitioner has not demonstrated that reasonable jurists would disagree about the soundness of the Court's ruling. See 28 U.S.C. § 2253(c)(2); Miller-El v. Cockrell, 537 U.S. 322, 336 (2003).

4. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

---

[1] Petitioner did not file objections to the Report and Recommendation. (See Doc. No. 12.)